IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEOFFREY N. BLAKE                                                                        PLAINTIFF

v.                                Civil No. 09-5264

GOVERNOR MIKE BEEBE;
SENATOR BOBBY GLOVER;
JAIL COORDINATOR MIKE
UNDERWOOD; LARRY NORRIS,
Director, Arkansas Department of
Correction; and SHERIFF KEITH
FERGUSON, Benton County, Arkansas                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Geoffrey N. Blake, currently incarcerated in the Arkansas Department of Correction, Ouachita River Correctional Unit, filed this action under the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.* The case is before the Court for pre-service screening under the provisions of the Prison Litigation Reform Act. Pursuant to 28 U.S.C. § 1915A the Court has the obligation to screen any complaint in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

Upon review of the complaint, the Court determined more information was needed about Plaintiff's claims. For this reason, an order (Doc. 11) was entered directing Plaintiff to complete, sign, and return a questionnaire. In response to the Court's order (Doc. 12), Plaintiff states he would like to dismiss all claims and Defendants except his claims against Sheriff Ferguson in his individual capacity. With respect to his claims against Sheriff Ferguson, Plaintiff indicates the denial of medical care claim is duplicative of the one he has asserted in *Blake v. Holly, et al.,* Civil No. 09-5154. He therefore asks to dismiss that claim.

I recommend that Plaintiff's requests be granted. For this reason, I recommend that all claims against Governor Mike Beebe, Senator Bobby Glover, Mike Underwood and Larry Norris be dismissed. I further recommend that the denial of medical care claim against Sheriff Ferguson be dismissed as it is duplicative of the claim asserted in *Blake v. Holly, et al.,* Civil No. 09-5154.

This leaves for later resolution Blake's claim that he was subjected to inhumane conditions of confinement at the Benton County Detention Center. By separate order, service on Sheriff Ferguson will be directed.

**Blake has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Blake is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of April 2010.

　　　　　　　　　　　　　　　　　　　　/s/ *Erin L. Setser*
　　　　　　　　　　　　　　　　　　　　HON. ERIN L. SETSER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)