### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

GEOFFREY NEAL BLAKE                                             PLAINTIFF

       v.          Civil No. 09-5264

GOVERNOR MIKE BEEBE, et al.                                    DEFENDANTS

### O R D E R

NOW on this 1ST day of November 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 13) and Defendant's response (Doc. 15).  The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 13) is hereby **adopted in *toto***;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's claims against Governor Mike Beebe, Senator Bobby Glover, Mike Underwood and Larry Norris are **DISMISSED.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's claims for the alleged denial of medical care are **DISMISSED.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE