IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEOFFREY NEAL BLAKE                       PLAINTIFF

       v.                  Civil No. 09-5264

CAPTAIN HOLLY; and
SHERIFF FERGUSON                         DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

This case is currently scheduled for an evidentiary hearing on February 27, 2012. Plaintiff has now filed a motion to non-suit the case (Doc. 62).

I recommend that the motion (Doc. 62) be granted and the case be dismissed without prejudice.

DATED this 31st day of January 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**